4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

Plaintiff,

v.

Delilah DePriest,

Defendant.
______________________________/

Case: 2:26-cr-20652
Assigned To : Berg, Terrence G.
Referral Judge: Altman, Kimberly G.
Assign. Date : 9/30/2026
Description: IND USA V DEPRIEST (TM)

Vio: 26 U.S.C. § 7206(2)

# INDICTMENT

THE GRAND JURY CHARGES:

## GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1. Delilah DePriest was a resident of Wayne County, Michigan.

2. DePriest owned and operated Royalty Tax Service, which was a tax preparation business located in Southfield, Michigan.

3. As the owner and operator of Royalty Tax Services, DePriest took an active role in preparing federal income tax returns for her clients.

4. DePriest charged her clients a range of fees for her services, ranging from $299 to more than $1,500.

## COUNTS ONE-NINE
### 26 U.S.C. § 7206 (2) – Aiding and Assisting in the Preparation and Presentment of False Tax Returns

5. Beginning no later than January 2020 and continuing through at least April 2023, in the Eastern District of Michigan, and elsewhere, Deliliah DePriest, defendant herein, willfully aided and assisted in, and procured, counseled, and advised the preparation and presentation of, IRS Forms 1040 for the taxpayers and tax years set forth below, that were false and fraudulent as to a material matter. Each of the IRS Forms 1040 prepared and presented for the taxpayers and tax years set forth below contained business income and expense amounts, whereas, as Delilah DePriest then and there knew and believed, the business income and expense amounts were fictitious and the taxpayers were not entitled to list such income and expense amounts on their tax returns:

| Count | Taxpayer | Tax Year | Approximate Tax Loss |
|---|---|---|---|
| 1 | A.F. | 2020 | $4,017 |
| 2 | A.F. | 2021 | $7,478 |
| 3 | A.C. | 2019 | $8,476 |
| 4 | A.C. | 2020 | $4,218 |
| 5 | D.S. | 2019 | $6,115 |
| 6 | D.S. | 2020 | $7,856 |

| | | | |
|---|---|---|---|
| **7** | N.B | 2019 | $3,937 |
| **8** | N.B. | 2021 | $9,325 |
| **9** | R.G. | 2022 | $5,349 |

All in violation of Title 26, United States Code, Section 7206(2).

THIS IS A TRUE BILL

*s/Grand Jury Foreperson*
GRAND JURY FOREPERSON

JEROME F. GORGON JR.
United States Attorney

*s/John K. Neal*
JOHN K. NEAL
Chief, Anti-Corruption Unit
Assistant United States Attorney

Dated: September 30, 2026

Case: **2:26-cr-20652**
Assigned To : **Berg, Terrence G.**
Referral Judge: **Altman, Kimberly G.**
Assign. Date : **9/30/2026**
Description: **IND USA V DEPRIEST (TM)**

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet |
|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes ☒ No | **AUSA's Initials:** J.K.N. |

**Case Title:** USA v. Delilah DePriest

**County where offense occurred :** Wayne and Elsewhere

**Check One:** ☒**Felony** ☐**Misdemeanor** ☐**Petty**

__✓__Indictment/____Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [**Case number:** ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** ***[Complete Superseding section below]***.

## Superseding Case Information

**Superseding to Case No:** ______________ **Judge:** ______________

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| Defendant name | Charges | Prior Complaint (if applicable) |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

September 30, 2026
Date

s/ John K. Neal

John K. Neal
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-2100
E-Mail address: john.neal@usdoj.gov

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.